COM.

v.

SOSNA, B.

**1920 EDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–48–CR–0002342–2015    (Northampton)

Affirmed

COM.

v.

BLANT, V.

**2020 EDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–51–CR–1011251–1994 (Philadelphia)

Affirmed

COM.

v.

GAGLIARD, A.

**2460 EDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–51–CR–0001127–2016 (Philadelphia)

Affirmed

CATERBONE, S.

v.

**LANCASTER CITY BUREAU CI OF POLICE**

**1219 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

Reargument Denied 7/6/2017

CI–16–05815 (Lancaster)

Appeal Dismissed

COM.

v.

KOLOVICH, R.

**1709 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–55–CR–0000105–2015,    CP–55–CR–0000325–2014 (Snyder)

Affirmed